2512124-Court-A-   ABD
THOMAS C ROLLINS, JR
P O BOX 13767

JACKSON, MS 39236


**ABD US Bankruptcy Court**
**703 Hwy 145 North**
**Aberdeen, MS 39730**


NOTICE


The debtor (both spouses in a joint case) must be present at the meeting of creditors to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without notice.  Failure of the debtor(s) or debtor(s)' attorney to appear at the section 341(a) meeting, to timely file  schedules and related documents or to pay required fees may result in dismissal of this case without further notice.

** Important notice to individual debtors: Effective June 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. **

# United States Bankruptcy Court

### FOR THE

### Northern District of Mississippi

| | | |
|---|---|---|
| Debtor 1: | KEISHA LATASHA ANDERSON | Last 4 digits of Social Security number or ITIN: XXX-XX-3275 |
| | | EIN: |
| Debtor 2: | | Last 4 digits of Social Security number or ITIN: |
| | | EIN: |
| Case Number: | 25-12124-SDM | Date Case Filed or Converted to Chapter 13: July 08, 2025 |

Form 309I (12/15)

## NOTICE OF CHAPTER 13 BANKRUPTCY CASE

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in this case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in this case. Do not include more that the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: | |
|---|---|---|---|
| **1: Debtor's full name** | KEISHA LATASHA ANDERSON | | |
| **2: All other names used in the last 8 years** | | | |
| **3: Address** | 2375 ATTALA COUNTY ROAD 4125<br><br>SALLIS, MS 39160 | If debtor 2 lives at a different address: | |
| **4: Debtor's attorney**<br>Name and Address | THOMAS C ROLLINS, JR<br>P O BOX 13767<br><br>JACKSON, MS 39236 | Contact phone | (601) 500-5533 |
| | | Email | |
| **5: Bankruptcy trustee**<br>Name and Address | Todd S. Johns<br>Chapter 13 Trustee<br>P.O. Box 1326<br>Brandon, MS 39043-1326 | Contact phone | (601) 825-7663 |
| | | Email | |
| **6: Bankruptcy Clerk's office**<br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online a www.pacer.gov. | ABD US Bankruptcy Court<br>703 Hwy 145 North<br><br>Aberdeen, MS 39730 | Hours open | |
| | | Contact phone | |

| | | Location: | Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 789 052 8960 - Passcode 4480633028, OR call 1-318-593-1245, |
|---|---|---|---|
| **7:  Meeting of creditors** Debtors must attend the meeting to be questioned under oath.  In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | July 29, 2025 _____ Date | at | _01:30 PM_____ Time |

The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket.

| | | |
|---|---|---|
| **8:  Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** | |

■ a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or

■ a complaint if you want to have a paticular debt excepted from discharge under U.S.C. § 523(a)(2) or (4).

| | **Filing deadline:** | September 29, 2025 |
|---|---|---|
| **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** | September 16, 2025 |
| **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** | January 05, 2026 |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim.  A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  If you do not file a proof of claim by the deadline, you might not be paid for your claim.  To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.

Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt.
If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the conclusion of the meeting of creditors

| | |
|---|---|
| **9:  Filing of plan** | Miss. Bankr. L.R. 3015-1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. Any objection to the plan or to any motion contained therein shall be written and filed with the Clerk of Court on or before August 13, 2025.  Objections will be heard on September 03, 2025 at 10:30 AM, ABD US Bankruptcy Court, 703 Hwy 145 North, Aberdeen, MS 39730 unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. **The debtor has filed a plan. The plan or a summary of the plan will be sent separately.** |
| **10: Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice.  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11: Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan.  A plan is not effective unless the court confirms it.  You may object to confirmation of the plan and appear at the confirmation hearing.  A copy of the plan will be sent to you later and the court will send you a notice of the confirmation hearing.  The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12: Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7.  Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov.  If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13: Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

Form 309I    Page 2

0039

# CERTIFICATE OF MAILING

CASE: 2512124       TRUSTEE: TV             COURT: 387
TASK: 07-08-2025.00638887.N13REV           DATED: 07/09/2025

| | | | |
|---|---|---|---|
| Court | | ABD US Bankruptcy Court | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Todd S. Johns<br>P.O. Box 1326 | Chapter 13 Trustee<br>Brandon, MS 39043-1326 |
| Debtor | | KEISHA LATASHA ANDERSON | 2375 ATTALA COUNTY ROAD 4125<br>SALLIS, MS 39160 |
| 799 | 000002 | THOMAS C ROLLINS, JR | P O BOX 13767<br>JACKSON, MS 39236 |
| 006 | 000014 | CONTINENTAL FINANCE CO<br>SUITE 4 | 4550 LINDEN HILL ROAD<br>WILMINGTON, MS 19808-2930 |
| 002 | 000004 | AMERICAN CREDIT ACCEPTANCE | 961 EAST MAIN ST, 2ND FL<br>SPARTANBURG, SC 29302 |
| 016 | 000006 | HEIGHTS FINANCE | P O BOX 1947<br>GREENVILLE, SC 29602-1947 |
| 023 | 000010 | WORLD FINANCE<br>P O BOX 6429 | ATTN:BANKRUTTCY DEPT<br>GREENVILLE, SC 29606 |
| 013 | 000019 | FOCUS RECEIVABLE RM | 1130 NORTHCHASE PKWY, STE 150<br>MARIETTA, GA 30067 |
| 003 | 000012 | ASPIRE CREDIT CARD<br>PO BOX 105555 | ATTN: BANKRUPTCY<br>ATLANTA, GA 30348 |
| 010 | 000007 | FIRST METROPOLITAN FINANCIAL SERV | 6295 SUMMER AVE, STE 101<br>MEMPHIS, TN 38134 |
| 020 | 000024 | U S ATTORNEY<br>900 JEFFERSON AVE | FOR STUDENT LOAN CORP<br>OXFORD, MS 38655 |
| 021 | 000009 | UNITED CREDIT CORP OF FOREST | 234-A WOODLAND DR<br>FOREST, MS 39074 |
| 019 | 000025 | QUICK CASH FINANCIAL SERVICES | 209 HIGHWAY 12 EAST<br>KOSCIUSKO, MS 39090 |
| 022 | 000026 | VYLISHA BOATMAN | 2405 ATTALLA ROAD 4125<br>SALLIS, MS 39160 |
| 008 | 000005 | FAMILY CHOICE FINANCIAL<br>3208 SERVICE DR SUITE E | C/O ROBIN RUSH AS AGENT<br>PEARL, MS 39208 |
| 012 | 000008 | FIRST TOWER LOAN LLC | PO BOX 320001<br>FLOWOOD, MS 39232 |
| 017 | 000022 | KLARNA | PO BOX 8116<br>COLUMBUS, OH 43201 |
| 015 | 000021 | GINNY'S | PO BOX 2825<br>MONROE, WI 53566-1364 |
| 009 | 000016 | FINGERHUT / WEBBANK | 6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303-0820 |
| 011 | 000017 | FIRST PREMIER BANK | 3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 |
| 004 | 000018 | BLAZE MASTERCARD | P O BOX 5096<br>SIOUX FALLS, SD 57117-5096 |
| 018 | 000023 | NELNET | P O BOX 82505<br>LINCOLN, NE 68501 |
| 005 | 000013 | CAPITAL ONE | P O BOX 30285<br>SALT LAKE CITY, UT 84130-0285 |
| 007 | 000015 | CREDIT ONE BANK | 6801 S CIMARRON RD<br>LAS VEGAS, NV 89113 |

**CERTIFICATE  OF  MAILING**

CASE: 2512124        TRUSTEE: TV        COURT: 387
TASK: 07-08-2025.00638887.N13REV        DATED:  07/09/2025

001        000011    AFFIRM                                    650 CALIFORNIA ST FL 12
                                                               SAN FRANCISCO, CA 94108

014        000020    GENESIS FS CARD SERVICES                  PO BOX 4477
                                                               BEAVERTON, OR 97076

                                                                              27 NOTICES

        THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/09/2025.
        I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
        EXECUTED ON    07/09/2025    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail