IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: KEISHA LATASHA ANDERSON           Bankruptcy No. 25-12124-SDM

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, B. Joey Hood, II of the law firm of B. Joey Hood II, Attorney at Law, PLLC, hereby enters his appearance as attorney for Family Choice Financial Inc. - Kosciusko Branch, and requests that all documents, pleadings, and mailings be sent to B. Joey Hood II, Attorney at Law, PLLC.

Please add the following names and address to the list of creditors:

> B. Joey Hood, II
> B. Joey Hood II, Attorney at Law, PLLC
> Attorney for  Family Choice Financial Inc.
> Kosciusko Branch
> Post Office Box 759
> Ackerman, MS 39735
> (662) 285-4663

Date: July 21, 2025

                                                /s/ B. Joey Hood, II
                                                B. Joey Hood, II

## **CERTIFICATE OF SERVICE**

I, B. Joey Hood, II, attorney for Family Choice Financial Inc. - Kosciusko Branch, do hereby certify that the following have been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr.   trollins@therollinslawfirm.com

2. U.S. Trustee   USTPRegion05.AB.ECF@usdoj.gov

3. Todd S. Johns   toddjohns33@yahoo.com

Date:  July 21, 2025

/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147