**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: KEISHA ANDERSON** | **CASE NO. 25-12124 SDM** |
| **DEBTOR** | **CHAPTER 13** |

---

## APPLICATION TO EMPLOY SPECIAL COUNSEL

---

To the Honorable Judge of Said Court:

COMES NOW the Debtor, Keisha Anderson, hereinafter called Debtor, and respectfully shows the Court the following:

1.

The Debtor filed her Petition on July 8, 2025.

2.

The Debtor was involved in a motor vehicle collision on September 5, 2026. Debtor was a restrained rear-seat passenger in her own 2018 Chevrolet Equinox, which was being operated by Vicky Roby and traveling eastbound on Mississippi Highway 16 at its intersection with Blackjack Road in Neshoba County, Mississippi, when Kylanski Duane Hunter, the driver of the adverse vehicle, traveling westbound on Mississippi Highway 16, executed a left turn at the signal light directly across the path of travel of the vehicle in which Ms. Anderson was riding, causing the front of that vehicle to collide with the right side of Mr. Hunter's vehicle. The Debtor suffered personal injuries as a result of said accident and was transported by ambulance from the scene to Neshoba County General Hospital. The Mississippi Highway Patrol responded to the accident and completed a crash report.

3.

The Debtor moves this Honorable Court, pursuant to 11 U.S.C. §327, for permission to employ MW Law Firm, PLLC – Mama Justice and Melissa "Missy" Wigginton to represent the interests of the Debtor in a non-bankruptcy civil action to be filed, if necessary, in the Circuit Court of Neshoba County, Mississippi, to pursue claims of the Debtor resulting from the aforementioned incident. The Debtor believes her attorney is a "disinterested person" as defined by 11 U.S.C. §101. A verified statement of the attorney is filed contemporaneously as Exhibit "A", herewith, in support of this application as required by F.R.B.P. 2014(a).

4.

The employment of this firm and attorneys is necessary to protect the interests of the Debtor and this bankrupt estate. The attorneys will take all steps necessary to prosecute this civil cause of action.

5.

After the performance of such legal services, or during the performance, upon proper application, the above-named attorneys should be allowed reasonable compensation for services rendered. The attached attorney Contract and Power of Attorney agreement proposes the typical compensation for the attorney, but the attorneys and the firm understand that they are permitted to recover no more than one-third of any total settlement or award they may procure for the Debtor; and further, the Debtor and the attorneys understand that final approval of any compensation rests with the Court under the provisions of 11 U.S.C. § 328. The Debtor and the attorneys further understand that any settlement is subject to the approval of the U.S. Bankruptcy Court after notice and a hearing.

6.

This Application is seeking approval of the employment of undersigned counsel. The Debtor signed an employment contract with our firm on September 30, 2026, and the attorney herein has already performed work in connection with that contract and would therefore seek to have her employment approved as of the date of the employment contract. Furthermore, no creditor has been or will be, upon information and belief, prejudiced by the approval of the employment, as same is being undertaken for the benefit of the bankrupt estate. Per the certificate of service, a copy of this Application has been served upon the master mailing matrix as constituted by the Court on the date of service.

WHEREFORE, Debtor prays that after due notice is given to all creditors and parties-in-interest, she be allowed to employ MW Law Firm, PLLC – Mama Justice and Melissa "Missy" Wigginton as Attorney for the Debtor upon the terms and conditions set forth above, and she requests such other and further relief as the court may deem just and proper.

BY: /s/ Melissa "Missy" McKinney Wigginton
Melissa "Missy" McKinney Wigginton, MSB# 100109

MW Law Firm, PLLC - Mama Justice ®
P.O. Box 3840
Tupelo, MS 38803
T: (662) 883-6262
F: (662) 350-3200
missy@mamajustice.com

**CERTIFICATE OF SERVICE**

I, Melissa "Missy" Wigginton, Attorney for the Debtor do hereby certify that I have this day electronically filed the foregoing Application to Employ Special Counsel with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, postage pre-paid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Hon. Todd S. Johns
Chapter 13 Trustee
P. O. Box 126
Brandon, MS 39043-1326
tjohns13ecf@ch13mstrustee.com

U.S. Trustee
501 East Court Street, Ste. 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

Hon. Thomas C. Rollins, Jr.
Bankruptcy Attorney
The Rollins Firm, PLLC
40 Northtown Dr., Ste. 101
Jackson, MS 39211
trollins@therollinsfirm.com

All parties listed on the master matrix attached hereto.

SO CERTIFIED, this the 12th day of November 2026.

/s/ Melissa "Missy" McKinney Wigginton
Melissa "Missy" McKinney Wigginton, MSB# 100109

MW Law Firm, PLLC - Mama Justice ®
P.O. Box 3840
Tupelo, MS 38803
T: (662) 883-6262
F: (662) 350-3200
missy@mamajustice.com