**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: KEISHA LATASHA ANDERSON** **CASE NO. 25-12124-SDM**

**DEBTOR** **CHAPTER 13**

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF MISSISSIPPI
COUNTY OF LEE

The undersigned, being of lawful age and disposing mind, after first being duly sworn and on her oath, states as follows:

1. That Affiant has reviewed the schedules and statement of affairs filed in this bankruptcy case.
2. That Affiant has no connection with the Debtor, his/her creditors, any other party in interest, his/her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any other person employed by the said parties;
3. That Affiant is a disinterested person and does not represent or hold any interest adverse to the bankrupt estate;
4. That Affiant will supplement this Affidavit if Affiant subsequently discovers a connection with the Debtor, the creditors, any party in interest, his/her respective attorney, the Chapter 13 Trustee, and the United States Trustee, or any person employed by said parties; and
5. That Affiant represents the Debtor in her accident claim, which occurred on September 5, 2026

FURTHER AFFIANT SAYETH NOT.

Melissa "Missy" McKinney Wigginton, MSB# 100109
MW Law Firm, PLLC – Mama Justice ®
P.O. Box 3840, Tupelo, MS 38803
T: (662) 883-6262 / F: (662) 350-3200
missy@mamajustice.com

SUBSCRIBED AND SWORN TO on this the 12th day of November, 2026.

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 73938 KATIE V. BROOME Commission Expires May 23, 2028 MONROE COUNTY

Katie Broome
Notary Public

My Commission Expires:

______________________

EXHIBIT "A"