**Founder:**
Melissa "Missy" Wigginton
Licensed in: AL, MS, TN & TX

**Mailing Address:**
P.O. Box 3840
Tupelo, MS 38803

Mama Justice
MW LAW FIRM

Phone: (662) 883-6262
Fax: (662) 350-3200
Website: www.mamajustice.com

Miranda Rollins: MS
Margo Friloux Pugh: MS & TN
Charlie Paul: MS & AZ
John Forrest Kelly: MS & TN
Brandon Leslie: MS & TN
Peyton Moore: MS
Tiffany Speed: AL, AR & MS
Josh Cannon: TN
Laurel Lee: MS
Daniel Junkin: MS

---

# CONTRACT AND POWER OF ATTORNEY

THAT I, Keisha Anderson(client) hereby employ MW LAW FIRM PLLC – MAMA JUSTICE® (attorneys), as my lawful attorneys to investigate and to take any appropriate legal action which they deem necessary to prosecute and collect my claim against Kylanski Hunter and any and all other persons, firms, corporations and/or organizations legally responsible for the accident, incident, injuries which occurred on or about 9/5/2026 and to file any suit, conduct the same to a final decision, or negotiate any settlement; provided that no settlement shall be made by said attorneys without our approval.

IN CONSIDERATION of the services rendered and to be rendered by said attorneys, I hereby assign and convey to said attorneys the following percent undivided interest in and to said claim: 35% of any collection or settlement before suit is filed; 40% of any collection or settlement made after suit is filed, or 50% of any collection or settlement made at or after trial. If the suit is settled with a "Structured Settlement" or future payments, the attorney fees shall nevertheless be payable in cash upon settlement based on the total present value of such settlement. If no recovery is made the client will not be indebted to the attorney for any sum whatsoever as attorney fees.

The out-of-pocket expenses in processing my claim (such as photocopying, long distance telephone charges, facsimile charges, airfare, accommodations, meals, and other incidentals of travel, computer research, court reporter/deposition charges, expert/consultant fees, postage, etc.) which are not recovered as court costs are to be deducted from the amount of my recovery after the contingent fee is calculated. Additionally, I agree to pay a one-time startup cost/administrative cost of $250.00 at the time of settlement if a recovery can be made on my case. Should any party from whom recovery is sought seek protection under the bankruptcy law of the United States, this fee agreement will be amended to provide for additional fees for services rendered in this bankruptcy court.

I consent to a division of the fees payable under this agreement between MW Law Firm, PLLC – Mama Justice® and n/a, who is a forwarding, referring attorney or co-counsel.

Client acknowledges and agrees that the Firm may utilize secure technology tools, including artificial intelligence–assisted software, to support the delivery of legal services. Any such tools will be used under attorney supervision and in a manner consistent with the Firm's professional obligations, including maintaining client confidentiality and safeguarding client information.

Attorneys shall have the right to withdraw from my case, but only upon giving me written notice of their intention to do so, and only if withdrawal can be accomplished without material adverse effect on our interests. If our attorneys withdraw without good cause, they shall not be entitled to a fee under this contract.

At the time of recovery, I authorize my attorney(s) to pay all unpaid and outstanding medical bills, property damage losses, car rental and storage bills incurred by client with regards to this accident from the proceeds of any recovery, directly to the persons rendering such service.

Lastly, I acknowledge that at the conclusion of this matter, MW Law Firm, PLLC – Mama Justice® will retain my legal files for a period of seven (7) years after the closure of my file. That at the expiration of the seven (7) year period, my file will be destroyed unless I notify MW Law Firm, PLLC – Mama Justice® in writing that I wish to take possession of my file. I further acknowledge that MW Law Firm, PLLC – Mama Justice® reserves the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files to me.

EXECUTED 9/30/2026

Accepted:

Attorney

Keisha Anderson,

docubee

Signature Process Reference: df55db33-b1cd-47f9-9ce6-66972716dc85

| PARTICIPANT | DETAILS |
|---|---|
| | **Process started**<br>30-Sep-2026 2:19 PM EDT |
| **Keisha Anderson**<br>IP Address: 162.228.157.23 | **Document viewed**<br>30-Sep-2026 2:19 PM EDT<br>Reference ID: 29aa5270-25a6-49ff-b9f1-90ee52224d2b |
| **Keisha Anderson**<br>IP Address: 162.228.157.23 | **Document accepted & signed**<br>30-Sep-2026 2:20 PM EDT<br>Reference ID: 29aa5270-25a6-49ff-b9f1-90ee52224d2b |
| | **Document has been completed**<br>30-Sep-2026 2:20 PM EDT |