CM/ECF ocrtsvc1
(Rev. 06/16/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Keisha Latasha Anderson<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 25−12124−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

**ORDER TO FILE CERTIFICATE OF SERVICE**

IT IS ORDERED that any party receiving this Order is directed by this Court to serve a copy of the document(s) filed by the party in the above captioned case or proceeding along with a copy of the hearing notice issued by the Court in compliance with the requirements of the Standing Order Delegating Certain Noticing Responsibilities. Such party shall also file a certificate of service with a copy of the materials served attached thereto within seven (7) days of the date of service; and it is

ORDERED that any failure or omission to file such certificate of service by the date below may result in the ex parte dismissal of the motion or application to which such certificate of service relates and the imposition of additional sanctions on the party to whom this order is directed.

Deadline for Service: 11/18/26

Deadline for Filing Certificate of Service: 11/25/26

Dated and Entered: 11/13/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court
Northern District of Mississippi

United States Bankruptcy Court

Northern District of Mississippi

In re: Keisha Latasha Anderson
Debtor

Case No. 25-12124-SDM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Nov 13, 2026 Form ID: ocrtsvc1 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Melissa McKinney Wigginton, MW Law Firm PLLC - Mama Justice, P.O. Box 3840, Tupelo, MS 38803-3840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Services In.c - Kosciusko Branch c/o B.Joey Hood, II Attorney at Law, PLLC cynthiah@jhoodlaw.com, notices@jhoodlaw.com;cynthiah@ecf.courtdrive.com;notices@ecf.courtdrive.com |
| Melissa McKinney Wigginton | on behalf of Spec. Counsel Melissa McKinney Wigginton missy@mamajustice.com katie@mamajustice.com;belinda@mamajustice.com;jamie@mamajustice.com;mullins@mamajustice.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Keisha Latasha Anderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email;perry@therollinsfirm.com |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | |

USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5