**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: KEISHA LATASHA ANDERSON** **CASE NO. 25-12124-SDM**

**DEBTORS** **CHAPTER 13**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this, the 17th day of November 2026, the following parties were notified either by United States Postal Service, postage pre-paid, or electronically notified through the CM/ECF system:

Debtor's Attorney: trollins@therollinsfirm.com
Thomas C. Rollins, Jr., Esq.

Chapter 13 Trustee: tjohns13ecf@ch13mstrustee.com
Todd S. Johns

U. S. Trustee: USTPRegion05.AB.ECF@usdoj.gov

The undersigned attorney hereby certifies that on this, the 17th day of November 2026, all other parties on the attached matrix list were notified by U.S. Mail, postage pre-paid:

DOCUMENTS SERVED:

- Application to Employ
- Notice of Hearing(s)

DOCUMENTS ATTACHED:

- Application to Employ
- Notice of Hearing(s)
- Creditors' Matrix

/s/ Melissa "Missy" McKinney Wigginton

Melissa "Missy" McKinney Wigginton, MSB# 100109
MW Law Firm, PLLC – Mama Justice ®
2005 West Main Street, Tupelo, MS 38801
T: (662) 883-6262 / F: (662) 350-3200
missy@mamajustice.com

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re: Keisha Latasha Anderson
Debtor(s)

Case No.: 25−12124−SDM
Chapter: 13
Judge: Selene D. Maddox

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 1/5/27 at 10:30 AM

Responses Due: 12/9/26

to consider and act upon the following:

***16*** − Application to Employ Melissa "Missy" Wigginton as Special Counsel Filed by Melissa McKinney Wigginton on behalf of Melissa McKinney Wigginton (Attachments: # 1 Exhibit # 2 Exhibit) (Wigginton, Melissa) Modified text on 11/12/2026 (EL).

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 11/13/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: KEISHA ANDERSON** **CASE NO. 25-12124 SDM**

**DEBTOR** **CHAPTER 13**

---

**APPLICATION TO EMPLOY SPECIAL COUNSEL**

---

To the Honorable Judge of Said Court:

COMES NOW the Debtor, Keisha Anderson, hereinafter called Debtor, and respectfully shows the Court the following:

1.

The Debtor filed her Petition on July 8, 2025.

2.

The Debtor was involved in a motor vehicle collision on September 5, 2026. Debtor was a restrained rear-seat passenger in her own 2018 Chevrolet Equinox, which was being operated by Vicky Roby and traveling eastbound on Mississippi Highway 16 at its intersection with Blackjack Road in Neshoba County, Mississippi, when Kylanski Duane Hunter, the driver of the adverse vehicle, traveling westbound on Mississippi Highway 16, executed a left turn at the signal light directly across the path of travel of the vehicle in which Ms. Anderson was riding, causing the front of that vehicle to collide with the right side of Mr. Hunter's vehicle. The Debtor suffered personal injuries as a result of said accident and was transported by ambulance from the scene to Neshoba County General Hospital. The Mississippi Highway Patrol responded to the accident and completed a crash report.

3.

The Debtor moves this Honorable Court, pursuant to 11 U.S.C. §327, for permission to employ MW Law Firm, PLLC – Mama Justice and Melissa “Missy” Wigginton to represent the interests of the Debtor in a non-bankruptcy civil action to be filed, if necessary, in the Circuit Court of Neshoba County, Mississippi, to pursue claims of the Debtor resulting from the aforementioned incident. The Debtor believes her attorney is a “disinterested person” as defined by 11 U.S.C. §101. A verified statement of the attorney is filed contemporaneously as Exhibit “A”, herewith, in support of this application as required by F.R.B.P. 2014(a).

4.

The employment of this firm and attorneys is necessary to protect the interests of the Debtor and this bankrupt estate. The attorneys will take all steps necessary to prosecute this civil cause of action.

5.

After the performance of such legal services, or during the performance, upon proper application, the above-named attorneys should be allowed reasonable compensation for services rendered. The attached attorney Contract and Power of Attorney agreement proposes the typical compensation for the attorney, but the attorneys and the firm understand that they are permitted to recover no more than one-third of any total settlement or award they may procure for the Debtor; and further, the Debtor and the attorneys understand that final approval of any compensation rests with the Court under the provisions of 11 U.S.C. § 328. The Debtor and the attorneys further understand that any settlement is subject to the approval of the U.S. Bankruptcy Court after notice and a hearing.

6.

This Application is seeking approval of the employment of undersigned counsel. The Debtor signed an employment contract with our firm on September 30, 2026, and the attorney herein has already performed work in connection with that contract and would therefore seek to have her employment approved as of the date of the employment contract. Furthermore, no creditor has been or will be, upon information and belief, prejudiced by the approval of the employment, as same is being undertaken for the benefit of the bankrupt estate. Per the certificate of service, a copy of this Application has been served upon the master mailing matrix as constituted by the Court on the date of service.

WHEREFORE, Debtor prays that after due notice is given to all creditors and parties-in-interest, she be allowed to employ MW Law Firm, PLLC – Mama Justice and Melissa "Missy" Wigginton as Attorney for the Debtor upon the terms and conditions set forth above, and she requests such other and further relief as the court may deem just and proper.

BY: /s/ Melissa "Missy" McKinney Wigginton
Melissa "Missy" McKinney Wigginton, MSB# 100109

MW Law Firm, PLLC - Mama Justice ®
P.O. Box 3840
Tupelo, MS 38803
T: (662) 883-6262
F: (662) 350-3200
missy@mamajustice.com

Doc 16 Filed 11/12/26 Entered 11/12/26 10:34:21 Document Page 4 of 14

## CERTIFICATE OF SERVICE

I, Melissa "Missy" Wigginton, Attorney for the Debtor do hereby certify that I have this day electronically filed the foregoing Application to Employ Special Counsel with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, postage pre-paid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the following attorneys of record and/or parties of interest:

Hon. Todd S. Johns
Chapter 13 Trustee
P. O. Box 126
Brandon, MS 39043-1326
tjohns13ecf@ch13mstrustee.com

U.S. Trustee
501 East Court Street, Ste. 6-430
Jackson, MS 39201
USTPRegion05.AB.ECF@usdoj.gov

Hon. Thomas C. Rollins, Jr.
Bankruptcy Attorney
The Rollins Firm, PLLC
40 Northtown Dr., Ste. 101
Jackson, MS 39211
trollins@therollinsfirm.com

All parties listed on the master matrix attached hereto.

SO CERTIFIED, this the 12th day of November 2026.

/s/ Melissa "Missy" McKinney Wigginton
Melissa "Missy" McKinney Wigginton, MSB# 100109

MW Law Firm, PLLC - Mama Justice ®
P.O. Box 3840
Tupelo, MS 38803
T: (662) 883-6262
F: (662) 350-3200
missy@mamajustice.com

Case 25-12124-SDM Doc 16-1 Filed 11/12/25 Entered 11/12/25 13:54:26 Desc Exhibit Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: KEISHA LATASHA ANDERSON** **CASE NO. 25-12124-SDM**

**DEBTOR** **CHAPTER 13**

---

## AFFIDAVIT OF DISINTERESTEDNESS

---

STATE OF MISSISSIPPI
COUNTY OF LEE

The undersigned, being of lawful age and disposing mind, after first being duly sworn and on her oath, states as follows:

1. That Affiant has reviewed the schedules and statement of affairs filed in this bankruptcy case.
2. That Affiant has no connection with the Debtor, his/her creditors, any other party in interest, his/her respective attorney, the Chapter 13 Trustee, the United States Trustee, or any other person employed by the said parties;
3. That Affiant is a disinterested person and does not represent or hold any interest adverse to the bankrupt estate;
4. That Affiant will supplement this Affidavit if Affiant subsequently discovers a connection with the Debtor, the creditors, any party in interest, his/her respective attorney, the Chapter 13 Trustee, and the United States Trustee, or any person employed by said parties; and
5. That Affiant represents the Debtor in her accident claim, which occurred on September 5, 2026

FURTHER AFFIANT SAYETH NOT.

[signature]
Melissa "Missy" McKinney Wigginton, MSB# 100109
MW Law Firm, PLLC – Mama Justice ®
P.O. Box 3840, Tupelo, MS 38803
T: (662) 883-6262 / F: (662) 350-3200
missy@mamajustice.com

SUBSCRIBED AND SWORN TO on this the 12th day of November, 2026.

STATE OF MISSISSIPPI NOTARY PUBLIC ID # 73938 KATIE V. BROOME Commission Expires May 23, 2028 MONROE COUNTY

[signature: Katie V. Broome]
Notary Public

My Commission Expires:

______________________

EXHIBIT "A"

**Founder:**
Melissa "Missy" Wigginton
Licensed in: AL, MS, TN & TX

**Mailing Address:**
P.O. Box 3840
Tupelo, MS 38803

Mama Justice
MW LAW FIRM

Phone: (662) 883-6262
Fax: (662) 350-3200
Website: www.mamajustice.com

Miranda Rollins: MS
Margo Friloux Pugh: MS & TN
Charlie Paul: MS & AZ
John Forrest Kelly: MS & TN
Brandon Leslie: MS & TN
Peyton Moore: MS
Tiffany Speed: AL, AR & MS
Josh Cannon: TN
Laurel Lee: MS
Daniel Junkin: MS

---

# CONTRACT AND POWER OF ATTORNEY

THAT I, Keisha Anderson(client) hereby employ MW LAW FIRM PLLC – MAMA JUSTICE® (attorneys), as my lawful attorneys to investigate and to take any appropriate legal action which they deem necessary to prosecute and collect my claim against Kylanski Hunter and any and all other persons, firms, corporations and/or organizations legally responsible for the accident, incident, injuries which occurred on or about 9/5/2026 and to file any suit, conduct the same to a final decision, or negotiate any settlement; provided that no settlement shall be made by said attorneys without our approval.

IN CONSIDERATION of the services rendered and to be rendered by said attorneys, I hereby assign and convey to said attorneys the following percent undivided interest in and to said claim: 35% of any collection or settlement before suit is filed; 40% of any collection or settlement made after suit is filed, or 50% of any collection or settlement made at or after trial. If the suit is settled with a "Structured Settlement" or future payments, the attorney fees shall nevertheless be payable in cash upon settlement based on the total present value of such settlement. If no recovery is made the client will not be indebted to the attorney for any sum whatsoever as attorney fees.

The out-of-pocket expenses in processing my claim (such as photocopying, long distance telephone charges, facsimile charges, airfare, accommodations, meals, and other incidentals of travel, computer research, court reporter/deposition charges, expert/consultant fees, postage, etc.) which are not recovered as court costs are to be deducted from the amount of my recovery after the contingent fee is calculated. Additionally, I agree to pay a one-time startup cost/administrative cost of $250.00 at the time of settlement if a recovery can be made on my case. Should any party from whom recovery is sought seek protection under the bankruptcy law of the United States, this fee agreement will be amended to provide for additional fees for services rendered in this bankruptcy court.

I consent to a division of the fees payable under this agreement between MW Law Firm, PLLC – Mama Justice® and n/a ______, who is a forwarding, referring attorney or co-counsel.

Client acknowledges and agrees that the Firm may utilize secure technology tools, including artificial intelligence–assisted software, to support the delivery of legal services. Any such tools will be used under attorney supervision and in a manner consistent with the Firm's professional obligations, including maintaining client confidentiality and safeguarding client information.

Attorneys shall have the right to withdraw from my case, but only upon giving me written notice of their intention to do so, and only if withdrawal can be accomplished without material adverse effect on our interests. If our attorneys withdraw without good cause, they shall not be entitled to a fee under this contract.

At the time of recovery, I authorize my attorney(s) to pay all unpaid and outstanding medical bills, property damage losses, car rental and storage bills incurred by client with regards to this accident from the proceeds of any recovery, directly to the persons rendering such service.

Lastly, I acknowledge that at the conclusion of this matter, MW Law Firm, PLLC – Mama Justice® will retain my legal files for a period of seven (7) years after the closure of my file. That at the expiration of the seven (7) year period, my file will be destroyed unless I notify MW Law Firm, PLLC – Mama Justice® in writing that I wish to take possession of my file. I further acknowledge that MW Law Firm, PLLC – Mama Justice® reserves the right to charge administrative fees and costs associated with researching, retrieving, copying and delivering such files to me.

EXECUTED 9/30/2026

Accepted: [signature]

Attorney

[signature]

Keisha Anderson,

docubee

Signature Process Reference: df55db33-b1cd-47f9-9ce6-66972716dc85

| PARTICIPANT | DETAILS |
|---|---|
| | **Process started**<br>30-Sep-2026 2:19 PM EDT |
| **Keisha Anderson**<br>IP Address: 162.228.157.23 | **Document viewed**<br>30-Sep-2026 2:19 PM EDT<br>Reference ID: 29aa5270-25a6-49ff-b9f1-90ee52224d2b |
| **Keisha Anderson**<br>IP Address: 162.228.157.23 | **Document accepted & signed**<br>30-Sep-2026 2:20 PM EDT<br>Reference ID: 29aa5270-25a6-49ff-b9f1-90ee52224d2b |
| | **Document has been completed**<br>30-Sep-2026 2:20 PM EDT |

Label Matrix for local noticing
0537-1
Case 25-12124-SDM
Northern District of Mississippi
Aberdeen
Tue Nov 17 09:38:36 CST 2026

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Family Choice Financial Services, In.c - Kos
P.O. Box 759
Ackerman, MS 39735-0759

Cochran U.S. Bankruptcy Courthouse
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730-9569

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108-2716

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Credit Acceptance
Attn: Bankruptcy
961 E Main St, Fl 2
Spartanburg,, SC 29302-2185

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI 53708 8961

Aspire Credit Card
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-5555

BAPTIST MEMORIAL HOSPITAL
PO BOX 1123
MINNEAPOLIS, MN 55440-1123

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)CONTINENTAL FINANCE COMPANY
PO BOX 3220
BUFFALO NY 14240-3220

Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113-2273

(p)FAMILY CHOICE FINANCIAL
3208 SERVICE DRIVE
SUITE E
PEARL MS 39208-3539

Family Choice Financial, Inc
c/o B Joey Hood, II
PO Box 759
Ackerman, MS 39735-0759

Family Choice Financial, Inc.
Kosciusko Branch
410 Hwy 12 E
Kosciusko, MS 39090-3423

Fingerhut Fetti/Webbank
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

First Heritage
101 N Main St. Ste 600
Greenville, South Carolina 29601-4846

First Heritage
Attn: Bankruptcy
Po Box 1947
Greenville, SC 29602-1947

First Metropolitan Financial Services
Attn: Bankruptcy
6295 Summer Avenue, Ste 102
Memphis, TN 38134-5983

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)FIRST SAVINGS BANK
ATTN BANKRUPTCY
1500 S HIGHLINE AVE
SIOUX FALLS SD 57110-1003

(p)SEQUIUM ASSET SOLUTIONS LLC
1130 NORTHCHASE PKWY
SUITE 150
MARIETTA GA 30067-6429

Genesis FS Card Services
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Ginnys/Swiss Colony Inc
Attn: Credit Department
Po Box 2825
Monroe, WI 53566-8025

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)KLARNA INC
ATTN BANKRUPTCY
PO BOX 8116
COLUMBUS OH 43201-0116

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Nelnet
Attn: Claims
Po Box 82505
Lincoln, NE 68501-2505

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quick Cash Financial
209 MS 12
Kosciusko, MS 39090

(p)SPRING OAKS CAPITAL LLC
1400 CROSSWAYS BLVD STE 100B
CHESAPEAKE VA 23320-0207

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

Tower Loan of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

U.S. Department of Education c/o Nelnet
121 South 13th Street
Lincoln, NE 68508-1911

UNITED CREDIT OF FOREST
234-A N WOODLAND DRIVE
FOREST, MS 39074-3308

United Credit
234-A N Woodland Dr
Forest, MS 39074-3308

Vylisha Boatman
2405 Attalla Rd 4125
Sallis, MS 39160-5185

WFC
Attn: Bankruptcy
Po Box 6429
Greenville, SC 29606-6429

Keisha Latasha Anderson
2375 Attala CR 4125
Sallis, MS 39160-5186

Melissa McKinney Wigginton
MW Law Firm PLLC - Mama Justice
P.O. Box 3840
Tupelo, MS 38803-3840

Thomas C. Rollins Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Todd S. Johns
Todd S. Johns, Chapter 13 Trustee
PO BOX 1326
Brandon, MS 39043-1326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808

Family Choice Financia
3208 Service Dr
Ste E
Pearl, MS 39208

First Savings Bank/Blaze
Attn: Bankruptcy
Po Box 5096
Sioux Falls, SD 57117

Focus Receivables Management, LLC
1130 Northchase Parkway Se
Suite 150
Marietta, GA 30067

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Klarna
PO Box 8116
Columbus, OH 43201

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Spring Oaks Capital SPV, LLC
PO BOX 1216
CHESAPEAKE, VA 23327-1216

Tower Loan
Attn: Bankruptcy
Po Box 320001
Flowood, MS 39232

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ECMC
PO Box 16408
St. Paul, MN 55116-0408

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 44 |
| Bypassed recipients | 1 |
| Total | 45 |